■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CURY, Appellant. [738 NYS2d 567] —Judgment, Supreme Court, New York County (James Yates, J.), rendered September 8, 1999, convicting defendant, after a nonjury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4\frac{1}{2}$ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490). There is no basis upon which to disturb the court's determinations concerning identification. The undercover officer, who had ample time to observe the seller, radioed a detailed description that defendant matched, and made a prompt and reliable identification. Concur—Saxe, J.P., Rosenberger, Ellerin, Wallach and Marlow, JJ.